| | | | |
|---|---|---|---|
| Com. v. Grenier | 1626 WDA 2015<br>Affirmed | 10/06/2016 | CP–33–CR–0000045–2014<br>(Jefferson) |
| Com. v. Lawton | 1635 WDA 2015<br>Remanded<br>Jurisdiction<br>Retained | 10/06/2016 | CP–53–CR–0000187–2010<br>(Potter) |
| Com. v. Ferrara | 1765 WDA 2015<br>Affirmed | 10/06/2016 | CP–33–CR–0000486–2005<br>(Jefferson) |
| Com. v. Landis | 1839 WDA 2015<br>Affirmed | 10/06/2016 | CP–61–CR–0000380–2014<br>(Venango) |
| Com. v. Corprew | 1861 WDA 2015<br>Affirmed | 10/06/2016 | CP–11–CR–0000675–2011<br>(Cambria) |
| Com. v. Thomas | 337 EDA 2014<br>Affirmed | 10/07/2016 | MC–51–MD–0003190–2013<br>(Philadelphia) |
| Com. v. Wright | 338 EDA 2014<br>Affirmed | 10/07/2016 | MC–51–MD–0003189–2013<br>(Philadelphia) |
| Com. v. Johnson | 954 EDA 2015<br>Affirmed | 10/07/2016 | CP–23–CR–0004848–2002<br>(Delaware) |
| Com. v. Williams | 1005 EDA 2015<br>Affirmed | 10/07/2016 | CP–23–CR–0002378–2012<br>(Delaware) |
| Com. v. Johnson | 1508 EDA 2015<br>Affirmed | 10/07/2016 | CP–51–CR–1203951–1996<br>(Philadelphia) |
| Com. v. Downie | 1659 EDA 2015<br>Affirmed | 10/07/2016 | CP–51–CR–0802351–2003<br>(Philadelphia) |
| Lisser v. Polis | 1976 EDA 2015<br>Affirmed | 10/07/2016 | 1992–22326<br>(Montgomery) |
| Com. v. Ibbetson | 2148 EDA 2015<br>Affirmed | 10/07/2016 | CP–09–CR–0007814–2014<br>(Bucks) |
| Com. v. Sweeney | 2558 EDA 2015<br>Affirmed | 10/07/2016 | CP–23–CR–0007866–2013<br>(Delaware) |
| Com. v. Gibbs | 3205 EDA 2015<br>Vacated and<br>Remanded | 10/07/2016 | CP–52–CR–0000089–1984<br>(Pike) |
| In the Interest of: L.M.F. | 783 EDA 2016<br>Affirmed | 10/07/2016 | CP–51–AP–0000087–2014<br>(Philadelphia) |
| Com. v. Maldonado | 1781 MDA 2015<br>Affirmed | 10/07/2016 | CP–38–CR–0000777–2015<br>(Lebanon) |